

4242 MERRICK ROAD, MASSAPEQUA, NEW YORK 11758

NEIL H. GREENBERG, ESQ.     PARALEGALS

JUSTIN M. REILLY, ESQ.     ROSA COSCIA
KEITH E. WILLIAMS, ESQ.     CATALINA ROMAN

**Via: ECF**     **June 29, 2021**

Honorable Judge Arlene R. Lindsay
United States Magistrate Judge
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

**RE:**    *Gudiel v. Bixby Brink Inc., et al.*; 19-CV-04930 (PKC)(ARL)

Dear Honorable Judge Lindsay:

My office represents Plaintiff in the above-referenced action. Pursuant to Your Honor's Individual Rules, kindly accept this correspondence as the parties' joint request for a brief, two-week extension of time to file the parties' Motion for FLSA Settlement Approval. This is the first such request for an extension. The current deadline is June 30, 2021. The parties need additional time to complete the final draft of the agreement and collect signatures. As such, we respectfully request an extension up to and including July 14, 2021.

Thank you for your time and consideration of this matter.

                               Respectfully submitted,

                               Keith E. Williams, Esq.

cc: all counsel of record via ECF.

PHONE: 516.228.5100     FAX: 516.228.5106     INFO@NHGLAW.COM

WWW.NHGLAW.COM     WWW.NEWYORKOVERTIMELAW.COM