UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------X
GUILFIDO GUDIEL Y GUDIEL,         19-CV-04930 (PKC)(ARL)

       Plaintiff,        STIPULATION OF DISMISSAL
                                                                         WITH PREJUDICE
-against-

BIXBY BRINK INC., HOLLY BRINK
ENTERPRISES, INC., and BIXBY BRINK,

       Defendants.
---------------------------------------------------------X

       **IT IS STIPULATED AND AGREED** by and between the Parties in the above-captioned action through their undersigned counsel that, whereas no party hereto is an infant or incompetent person for whom a committee has been appointed, and no person not a party has an interest in the subject matter of the action, this action is hereby dismissed with prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, without costs or fees to either party;

       **IT IS FURTHER STIPULATED AND AGREED** that this Stipulation may be executed in counterparts with scanned PDF or facsimile signatures treated as originals.

Dated: Massapequa, New York        Dated: Lake Success, New York
           September 27, 2021                  September 27, 2021

_____        _____
Keith E. Williams, Esq.                               Michael J. Mauro, Esq.
Neil H. Greenberg & Associates, P.C.        Milman Labuda Law Group, PLLC
*Attorneys for the Plaintiff*                          *Attorneys for the Defendants*
4242 Merrick Road                                       3000 Marcus Avenue, Ste. 3W8
Massapequa, New York 11758                 Lake Success, New York 11042
Tel: 516.228.5100                                          Tel: 516 328-8899
keith@nhglaw.com                                      michael@mllaborlaw.com

SO, ORDERED:

_____
Hon. Arlene R. Lindsay, U.S.M.J.